LOUIS BERNSTEIN, Doing Business under the Name and Style of PRINCESS DRESS HOUSE, Appellant, v. AARON SEGAL, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

GEORGE MILLER, Respondent, v. EASTERN MILK AND CREAM COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $2,585.50; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Merrell, Finch, McAvoy and Burr, JJ.

FRANCIS MERRILL and Another, as Trustees, etc., of ANGIE M. BOOTH, Deceased, Appellants, v. MARY T. SUTPHEN and Another, Respondents, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Burr, JJ.

LILA B. RISHEL, Respondent, v. WARREN K. RISHEL, Appellant.— Judgments affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Burr, JJ.

A. A. GARAGE, INC., Respondent, v. ALBERT HELLER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Burr, JJ.

JACOB WITKOFF, Appellant, v. ADOLF WEXLER and Another, Individually and as Copartners, etc., and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Burr, JJ.

G. F. GROHE-HENRICH & Co., Appellant, v. AMERICAN EXCHANGE NATIONAL BANK, Defendant, Impleaded with GUARANTY TRUST COMPANY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch and McAvoy, JJ.

SAMUEL MAKRANSKY, Respondent, v. LEWARE REALTY Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Burr, JJ.

UNION MORTGAGE COMPANY, Respondent, v. UNION MORTGAGE COMPANY OF CLEVELAND, OHIO, Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Burr, JJ.

HARRY POMERANTZ, Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Determination appealed from and judgment of the Municipal Court reversed and a new trial ordered, with costs to the appellant in the Appellate Term and in this court to abide the event, on the ground that there was a question of fact which should have been submitted to the jury. Present — Clarke, P. J., Merrell, Finch, McAvoy and Burr, JJ.

MOLLIE UNGER, as Guardian ad Litem of HAROLD UNGER, an Infant, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. Present — Clarke, P. J., Merrell, Finch, McAvoy and Burr, JJ.; Finch and Burr, JJ., dissent.